# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134403

BMJ ENGINEERS & SURVEYORS, INC.,
      Plaintiff/Counterdefendant-
      Appellee,

v

NATURE'S WAY PROPERTIES, LLC,
      Defendant/Counterdefendant/
      Crossplaintiff/Crossdefendant-
      Appellee,
and

TELTOW CONTRACTING, INC.,
      Defendant/Counterplaintiff/
      Crossplaintiff,
and

FIRST STATE BANK OF EAST DETROIT,
      Defendant/Counterdefendant/
      Crossdefendant-Appellant.
_____/

SC: 134403
COA: 272835
St. Clair CC: 05-002132-CH

      On order of the Court, the application for leave to appeal the May 31, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

d1022

Clerk